**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:    (619) 687-2666
andrew_lah@fd.org

Attorneys for Defendant Mr. Cira-Ramirez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>**ODILON CIRA-RAMIREZ,**<br><br>            Defendant. | Case No. 08mj2098<br><br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case .

                                                                        Respectfully submitted,

Dated: July 15, 2008                                  *s/ ANDREW LAH*
                                                                        Federal Defenders of San Diego, Inc.
                                                                        Attorneys for Defendant
                                                                        andrew_lah@fd.org

1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467 Ext. 3737
4  Facsimile:    (619) 687-2666
   andrew_lah@fd.org
5

6  Attorneys for Mr. Cira-Ramirez

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj2098 |
   |---|---|---|
12 | Plaintiff, | ) | |
13 | v. | ) | **PROOF OF SERVICE** |
14 | **IDILON CIRA-RAMIREZ,** | ) | |
15 | Defendant. | ) | |

16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:

20         **Assistant United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: July 15, 2008                              *s/ ANDREW LAH*
                                                    **ANDREW LAH**
23                                                  Federal Defenders of San Diego, Inc.,
                                                    andrew_lah@fd.org
24

25

26

27

28