

```
FILED

8/5/2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY
```

USA                                                                                  08cr2429-WQH

-v-

Cira-Ramirez

# STRICKEN DOCUMENT
# (Per 8/8/2008 Discrepancy Order, Doc. # 19)

## Doc. # 16 - Application For An Order Shortening Time