

FILED

8/5/2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                       DEPUTY

USA

-v-

Cira-Ramirez

08cr2429-WQH

# STRICKEN DOCUMENT
# (Per 8/8/2008 Discrepancy Order, Doc. # 20)

### Doc. # 17 - Amended Notice Of Motion
### And Motion For Video Deposition And Release