**FILED**
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ODILON CIRA-RAMIREZ,<br><br>Defendant. | Criminal Case No. 08 cr 2429-WQH<br>Mag. Docket No.  08 mj 2098<br><br>[PROPOSED] *WMc*<br>ORDER SHORTENING TIME TO HEAR MATERIAL WITNESS MOISES RAMIREZ-VALDEZ'S MOTION FOR VIDEO DEPOSITION AND RELEASE<br><br>JUDGE:  Hon. William McCurine, Jr.<br>CRTRM: C, First Floor<br><br>DATE:  August 14, 2008<br>TIME:   9:30 a.m. |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO SALTO-ROCHA (1),<br><br>JOSE HERNANDEZ-RIVAS (2),<br><br>Defendants | Criminal Case No. 08 cr 2430-BTM<br>Mag. Docket No.  08 mj 2098 |

After full consideration of the Application and papers filed in support thereof, this Court hereby **GRANTS** the material witnesses JUAN MOISES RAMIREZ-VALDEZ ("VALDEZ")'s request for an Order Shortening Time to hear their Motion for Video Deposition and Release.

*MAYFIELD & ASSOCIATES*
*ATTORNEYS AT LAW*
*462 STEVENS AVENUE, SUITE 303*
*SOLANA BEACH, CA 92075-2066*

1 of 2

United States v. CIRA-Ramirez (08 mj 2098)(08 cr2429-WQH)
United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
Order Shortening Time to Hear Motion for Material Witness' Video Deposition

1

2

3    The hearing for the Motion for Video Deposition and Release of the material witness

4  VALDEZ will come before this Court on **August 14, 2008 at 9:30 a.m.**  Appearing for the

5  material witness his attorney Christopher Lock, Esq., Peter Mazza, Assistant United States

6  Attorney, Karen M. Stevens, Esq. for Defendant Gerardo Salto-Rocha, David Baker, Esq., for

7  Defendant Jose Hernandez-Rivas, and Andrew Lah, Esq., for Defendant Odilon Cira-Ramirez..

8

9

10   **IT IS SO ORDERED**.

11

12

13   Dated: 8/5/08

14                                                HON. WILLIAM MCCURINE, JR.
                                                  UNITED STATES MAGISTRATE JUDGE

2 of 2

United States v. CIRA-Ramirez (08 mj 2098)(08 cr2429-WQH)
United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
Order Shortening Time to Hear Motion for Material Witness' Video Deposition