1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5030
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: andrew_lah@fd.org

5  Attorneys for Mr. Cira-Ramirez

                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA

                    **(HONORABLE WILLIAM Q. HAYES)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR2429-WQH (WMC) |
|---|---|---|
| Plaintiff, | ) | Date: August 14, 2008 |
| | ) | Time: 9:30 a.m. |
| v. | ) | |
| | ) | MOTION FOR ORDER |
| **ODILON CIRA-RAMIREZ,** | ) | |
| | ) | TO SHORTEN TIME |
| Defendant. | ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time to file the Defendant's Response and Opposition to Material Witness' Motion for Videotaped Deposition to one (1) days, for the following reasons:

The original motion by material witness counsel was stricken from the court recorded and an amended copy was filed on August 11, 2008 at 4:45 p.m. This motion is in response to the August 11, 2008 filing.

                                        Respectfully submitted,

                                        *s/ Michelle Betancourt*
Dated: August 13, 2008                  MICHELLE BETANCOURT
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Cira-Ramirez
                                        andrew_lah@fd.org

1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
   andrew_lah@fd.org
5

6  Attorneys for Mr. Cira-Ramirez

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  Case No. 08cr2429-WQH
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )  **PROOF OF SERVICE**
                                      )
14 | **ODILON CIRA-RAMIREZ,**          )
                                      )
15 |         Defendant.                )
                                      )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **Assistant United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: August 13, 2008                       *s/ ANDREW LAH*
                                                **ANDREW LAH**
23                                              Federal Defenders of San Diego, Inc.,
                                                andrew_lah@fd.org
24

25

26

27

28