**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
E-mail: andrew_lah@fd.org

Attorneys for Mr. Cira-Ramirez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR2429-WQH |
| Plaintiff, ) | |
| v. ) | **NOTICE TO WITHDRAWAL MOTION** |
| **ODILON CIRA-RAMIREZ**, ) | |
| Defendant. ) | |

    The Defendant, Odilon Cira-Ramirez, by and through his attorneys, Andrew Lah and Federal Defenders of San Diego, Inc. hereby requests to withdrawal the **"motion to preclude evidence"** from document number 28 from the clerks record due to typographical error.

Respectfully submitted,

Dated: August 14, 2008

    s/ *Andrew Lah*
**ANDREW LAH**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Andrew_Lah@fd.org

Attorneys for Mr. Cira-Ramirez

**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:   (619) 687-2666
andrew_lah@fd.org

Attorneys for Mr. Cira-Ramirez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 08cr2429-WQH |
| Plaintiff,   ) | |
| v.   ) | **PROOF OF SERVICE** |
| **ODILON CIRA-RAMIREZ,**   ) | |
| Defendant.   ) | |

     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

     **Assistant United States Attorney**
     efile.dkt.gc1@usdoj.gov

Dated: August 14, 2008          *s/ ANDREW LAH*
                                             **ANDREW LAH**
                                             Federal Defenders of San Diego, Inc.,
                                             andrew_lah@fd.org