**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
E-mail: andrew_lah@fd.org

Attorneys for Mr. Cira-Ramirez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR2429-WQH |
| Plaintiff, ) | |
| v. ) | **WITHDRAWAL DOCUMENT** |
| **ODILON CIRA-RAMIREZ**, ) | |
| Defendant. ) | |

    The Defendant, Odilon Cira-Ramirez, by and through his attorneys, Andrew Lah and Federal Defenders of San Diego, Inc. hereby requests to withdrawal document number 29 from the clerks record due to incorrectly uploading of the motions.

Respectfully submitted,

Dated: August 14, 2008                    s/ *Andrew Lah*
**ANDREW LAH**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Andrew_Lah@fd.org

Attorneys for Mr. Cira-Ramirez

1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:  (619) 687-2666
   andrew_lah@fd.org
5

6  Attorneys for Mr. Cira-Ramirez

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No. 08cr2429-WQH |
   |---|---|---|
12 | Plaintiff, | ) | |
13 | v. | ) | **PROOF OF SERVICE** |
14 | **ODILON CIRA-RAMIREZ,** | ) | |
15 | Defendant. | ) | |

16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:

20       **Assistant United States Attorney**
         efile.dkt.gc1@usdoj.gov
21

22 Dated: August 14, 2008                    *s/ ANDREW LAH*
                                             **ANDREW LAH**
23                                           Federal Defenders of San Diego, Inc.,
                                             andrew_lah@fd.org
24

25

26

27

28